**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN (Grand Rapids)**

| | |
|---|---|
| In re:<br>Angelica Lee Vanheck<br>fka Angelica Lee Zenquis and<br>David Joseph Vanheck<br>                   Debtors.<br>_____/ | Chapter 7 No. 21-01137-jwb<br><br>Hon. James W. Boyd |

**ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES AND DOCUMENTS**

| Clerk of the Court | Jeffrey D. Mapes | Marcia R. Meoli |
|---|---|---|
| U.S. Bankruptcy Court | Jeffrey D. Mapes, PLC | 1180 Ottawa Beach Road, |
| One Division Ave N, Room 200 | 29 Pearl St. NW | Suite A |
| Grand Rapids, MI 49503 | Suite 305 | Holland, MI 49424 |
| | Grand Rapids, MI 49503 | |

      PLEASE ENTER our Appearance as counsel for Lakeview Loan Servicing, LLC.  Pursuant to the Bankruptcy Rules and the Bankruptcy Code, the undersigned should be added to the official address matrix as maintained in this proceeding by the Clerk of the Court, and that all notices given or required to be given and all papers served or required to be served in this case shall be served upon the undersigned as set forth below.

      This request encompasses all notices, copies and pleadings, including, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, e-mail, telephone, telegraph, telex, or otherwise which affects or seeks to affect in any way the rights or interest of said creditor.

      This appearance shall act as the appearance of every member of Trott Law, P.C., and is not limited to the attorneys listed below.

                                        Respectfully Submitted,
                                        Trott Law, P.C.

Dated: May 4, 2021            /s/ Crystal L. Price
                                        Crystal L. Price (P69921)
                                        Heather Burnard (P66321)
                                        Marcy J. Ford (P49158)
                                        Attorney for Lakeview Loan Servicing, LLC
                                        31440 Northwestern Hwy Ste. 145
                                        Farmington Hills, MI 48334-5422
                                        248.642.2515
                                        Email: WesternECF@trottlaw.com

TROTT LAW, P.C.
31440 NORTHWESTERN HWY
STE. 145
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628