FORM OSWD10 (06/14)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtors (names used by the debtors in the last 8 years, including married, maiden, trade, and address):<br><br>**Angelica Lee VanHeck**<br>636 E. Madison Street<br>Hastings, MI 49058<br>SSN: xxx–xx–1181<br>**David Joseph VanHeck**<br>636 E. Madison Street<br>Hastings, MI 49058<br>SSN: xxx–xx–8292<br><br>**Debtors** | Case Number 21–01137–jwb<br><br>Chapter 13<br><br>Honorable James W. Boyd |

**ORDER CONVERTING CASE UNDER CHAPTER 7**
**TO CASE UNDER CHAPTER 13**

PRESENT: Honorable James W. Boyd
United States Bankruptcy Judge

The Debtors have filed a motion, in accordance with 11 U.S.C. § 706(a), seeking to convert this case to a case under chapter 13 of the Bankruptcy Code. The court has considered the record, and finds that the case has not been converted previously under 11 U.S.C. § 1112 or § 1208, or § 1307.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. This chapter 7 case is converted to a case under chapter 13.

2. Marcia R. Meoli , the chapter 7 Trustee, within thirty (30) days of the date of this order shall file:

   (a) an account of all receipts and disbursements made in the chapter 7 case, and

   (b) a report on the administration of the case pursuant to 11 U.S.C. § 704(9).

3. The Trustee forthwith shall turn over to the Debtors all records and property of the estate remaining in the Trustee's custody and control.

4. The Trustee or any other party entitled to compensation may within thirty (30) days of the date of this order file an application for compensation and reimbursement of expenses.

5. The Debtors within fourteen (14) days from the date of this order shall file the statements and schedules required by Bankruptcy Rule 1007(b), if such documents have not already been filed.

6. The Debtors within fourteen (14) days from the date of this order shall file a chapter 13 plan.

7. The Debtors within fourteen (14) days from the date of this order shall pay all filing fees, including those for commencing this case, notwithstanding any order waiving the fees entered in this case.

8. Barbara P. Foley has been designated to serve as standing Trustee pursuant to 28 U.S.C. § 586(b).

    IT IS FURTHER ORDERED that the chapter 7 Trustee, U.S. Trustee, all creditors and other parties in interest shall have 28 days from entry of this order to object to the conversion, on the ground that the Debtors may not be eligible for relief under chapter 13, may have converted the case to chapter 13 in bad faith, or for some other reason. This order converting the case to chapter 13, however, shall be effective upon entry.  Upon filing of a timely objection, the court will schedule a hearing and enter such order or orders as may be appropriate under the circumstances, including, for example, an order converting the case back to chapter 7.

    IT IS FURTHER ORDERED that the Clerk is directed to serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005−4 upon the Debtors , attorney for Debtors , chapter 7 Trustee, chapter 13 Trustee, the Office of the United States Trustee, and all parties listed on the mailing matrix herein.

BY THE COURT

Dated:  September 2, 2021

_____
James W. Boyd
United States Bankruptcy Judge

---

[1] *Aliases for Debtor Angelica Lee VanHeck : fka Angelica Lee Zenquis*